**APOLLO STEEL CO., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 4155.

Circuit Court of Appeals, Third Circuit.

June 16, 1930.

Paul Armitage, of New York City, for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and Sewall Key and John V. Groner, Sp. Asst. Attys. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and R. N. Shaw, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondent.

Before BUFFINGTON and WOOLLEY, Circuit Judges, and SCHOONMAKER, District Judge.

PER CURIAM.

This case is affirmed on the case of Cramer and King Company v. Commissioner of Internal Revenue, 41 F.(2d) 24, and the question of abnormality was for the Commissioner, not this court, to determine.

■

**Louis AVENA and Earl Webb, Appellants, v. UNITED STATES OF AMERICA, Appellee.**

No. 6164.

Circuit Court of Appeals, Ninth Circuit.

June 9, 1930.

Before RUDKIN, DIETRICH, and WILBUR, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered appeal dismissed; mandate forthwith.